PS 8
(4/01)

# UNITED STATES DISTRICT COURT

for

District Of Connecticut

FILED

2007 JUL 26 A 11: 01

U.S.A. vs. Alan Rogers    Docket No. 0205 3:06CR00272(AHN)

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## Petition for Action on Conditions of Pretrial Release

COMES NOW Nicole A. Owens, PROBATION OFFICER presenting an official report upon the conduct of defendant Alan Rogers who was placed under pretrial release supervision by the Honorable Holly B. Fitzsimmons United States Magistrate Judge sitting in the court at Bridgeport, Connecticut, on the 15th day of November, 2006 under the following conditions:

The defendant was released on a $250,000 non-surety bond co-signed by has parents and paramour, Marlene Colon. In addition to the standard conditions the Court also ordered the following special conditions of release: 1. The defendant shall report to the Probation Office as directed; 2. The defendant shall seek/maintain employment; 3. The defendant's travel shall be restricted to the District of Connecticut; 4. The defendant shall not obtain a passport while this case is pending; 5. The defendant shall submit to drug testing/treatment at the discretion of the Probation Office; 6. The defendant shall have no direct/indirect contact with co-defendants or witnesses associated with the case; 7. The defendant shall submit to a curfew set by the Probation Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

Since the defendant's release he has maintained compliance with the conditions of his release. He is employed full-time as the manager of a local Verizon Wireless Store. The defendant was also recently married. All urine tests have been negative for all substances and the defendant has reported as directed.

Based on the defendant's compliance with his conditions of release, the Probation Office respectfully recommends that the defendant's bond be modified to eliminate his curfew.

The Government and defense counsel are in agreement with this recommendation.

PRAYING THAT THE COURT WILL ORDER the defendant's bond modified to eliminate the curfew condition.

ORDER OF COURT

Considered and ordered this 25 day of July, 2007 and ordered filed and made a part of the records in the above case.

Respectfully,

Nicole Owens
United States Probation Officer

The Honorable Alan H. Nevas
Senior United States District Judge

Place   Bridgeport, CT

Date   July 24, 2007

